# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1992
LT Case No. 2015-CA-992

———————————————

LEE E. GAINES,

    Appellant,

    v.

ROBERT LEE GAINES, II,
PERSONAL REPRESENTATIVE OF
THE ESTATE OF ROBERT LEE
GAINES,

    Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

Lee E. Gaines, Jacksonville, pro se.

Robert Lee Gaines, II, Jacksonville, pro se.

July 2, 2024

PER CURIAM.

AFFIRMED.

JAY, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____